___

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: July 9, 2025



The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

IN RE:                                                                                          CHAPTER 13
RACHEL ANN NUNEZ                                                CASE NO. 22-50612-KMS

### ORDER RELEASING EARNINGS OF DEBTOR
### RACHEL ANN NUNEZ (SSN # XXX-XX-1771)

THE ORDER **(Dkt. 13)** heretofore entered in these proceedings by which the debtor's employer:

        WAL-MART
        702 S.W. 8TH ST
        BENTONVILLE, AR 72716-0000

was directed to pay Debtor's wages or a portion thereof to:

        WARREN A. CUNTZ, JR. TRUSTEE
        P.O. BOX 3749
        GULFPORT MS 39505-3749
        (228) 831-9531 / (228) 831-9902

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##