United States Bankruptcy Court
Southern District of Mississippi

In re:                                                              Case No. 22-50612-KMS

Rachel Ann Nunez                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jul 09, 2025 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel Ann Nunez, 2626 Allen Crest Dr, Corpus Christy, TX 78415-5652 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 09 2025 19:38:38 | Wal-Mart, 702 S.W. 8th St, Bentonville, AR 72716-6299 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Rachel Ann Nunez trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

District/off: 0538-6           User: mssbad           Page 2 of 2

Date Rcvd: Jul 09, 2025           Form ID: pdf012           Total Noticed: 2

TOTAL: 3

---



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 9, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:                                                      CHAPTER 13
RACHEL ANN NUNEZ                                CASE NO. 22-50612-KMS

### ORDER RELEASING EARNINGS OF DEBTOR
**RACHEL ANN NUNEZ (SSN # XXX-XX-1771)**

THE ORDER **(Dkt. 13)** heretofore entered in these proceedings by which the debtor's employer:

> **WAL-MART**
> **702 S.W. 8TH ST**
> **BENTONVILLE, AR 72716-0000**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**