**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Rachel Ann Nunez, Debtor                          Case No. 22-50612-KMS
                                                                                         Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

    prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Rachel Ann Nunez                            07-15-2025
        Rachel Ann Nunez                                                                        Date

/s/ Thomas C. Rollins, Jr.                              07-15-2025
Thomas C. Rollins, Jr., MS Bar No. 103469              Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

    On July 15, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                Thomas C. Rollins, Jr.
                                                Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 22-50612 |
|---|---|
| RACHEL ANN NUNEZ | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 7/15/2025, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/15/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>RACHEL ANN NUNEZ | CASE NO: 22-50612<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 7/15/2025, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/15/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                                                                    EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING   SPEEDYRAPID CASH                          US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD              15 BULL STREET                            DAN M RUSSELL  JR US COURTHOUSE
CASE 22-50612                      SUITE 200                                 2012 15TH STREET  SUITE 244
SOUTHERN DISTRICT OF MISSISSIPPI   SAVANNAH  GA 31401-2686                   GULFPORT  MS 39501-2036
TUE JUL 15 8-15-16 PST 2025




                                   EXCLUDE
(P)AUTOVEST LLC                    (D)(P)AUTOVEST LLC                        HENLEY  LOTTERHOS  HE
ATTN BANKRUPTCY                    ATTN BANKRUPTCY                           PO BOX 389
26261 EVERGREEN RD SUITE 390       26261 EVERGREEN RD SUITE 390              JACKSON  MS 39205-0389
SOUTHFIELD MI 48076-4447           SOUTHFIELD MI 48076-4447





IOWA DHS                           (P)MERCHANTS ADJUSTMENT SERVICE  INC      NELNET
822 DOUGLAS ST                     ATTN ATTN SHERI                           PO BOX 82561
SIOUX CITY  IA 51101-1029          PO BOX 7511                               LINCOLN  NE 68501-2561
                                   MOBILE AL 36670-0511




NUWAY AUTO                         PARAMOUNT CAPITAL GROU                    SPEEDY CASH
12083 US 49                        PO BOX 409                                3611 N RIDGE RD
GULFPORT  MS 39503-3171            CONSHOHOCKEN  PA 19428-0409               WICHITA  KS 67205-1214




EXCLUDE
(D)SPEEDYRAPID CASH                TORRID                                    US DEPARTMENT OF EDUCATION CO NELNET
15 BULL STREET  STE 200            PO BOX 659584                             121 SOUTH 13TH STREET  STE 201
SAVANNAH GA 31401-2686             SAN ANTONIO  TX 78265-9584                LINCOLN NE 68508-1911




EXCLUDE                            DEBTOR                                    EXCLUDE
UNITED STATES TRUSTEE              RACHEL ANN NUNEZ                          THOMAS CARL ROLLINS JR
501 EAST COURT STREET              2626 ALLEN CREST DR                       THE ROLLINS LAW FIRM  PLLC
SUITE 6-430                        CORPUS CHRISTY  TX 78415-5652             PO BOX 13767
JACKSON  MS 39201-5022                                                       JACKSON  MS 39236-3767




EXCLUDE
(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749
```